UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
**John Martini,**

                              **Plaintiff,**

                                                     **NOTICE OF APPEARANCE**

      **-against-**

 **City of New York, et al.,**                                             05 CV 9881

                                **Defendants.**
------------------------------------------------------------------------ x

      **PLEASE TAKE NOTICE** that **Jay A. Kranis**, Senior Counsel, hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant The City of New York.

Dated:  New York, New York
          December 5, 2005

                                            MICHAEL A. CARDOZO
                                            Corporation Counsel
                                               of the City of New York
                                            Attorney for Defendant The City of New York
                                            100 Church Street
                                            New York, New York 10007
                                            (212) 788-8683

                                By:     _____/s/_____
                                         Jay A. Kranis (JK2576)
                                         Senior Counsel
                                         Special Federal Litigation Division

To:    Scott A. Korenbaum, Esq. (SK8305)
        111 Broadway, Suite 1305
        New York, NY 10006
        (212) 5870018