United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213


-------------------------------------------------------------X

Martini   v.
City of NY

NOTICE  OF  REASSIGNMENT
05cv9881

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X


        Pursuant to the memorandum of the Case Processing Assistant, the above-entitled action is reassigned to the calendar of


                Judge   Karas

        All future documents submitted in this action are to be presented in the Clerk's Office of the Southern District Court for filing and shall bear the assigned judge's initials after the case number.

        The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.


                        J. Michael McMahon, CLERK

Dated:

12/8/05


                        By:     Jenny R. Horne
                                Deputy Clerk



cc:  Attorneys of Record