**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------ x
**Martini,**

                        **Plaintiff,**

                                            **NOTICE OF APPEARANCE**

   **-against-**

**The City of New York, et al.,**                               05-CV-9881 (KMK) (JCF)

                           **Defendants.**
------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **Jed M. Weiss**, Assistant Corporation Counsel, hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City of New York, effective December 13, 2005.

Dated:  New York, New York
          December 13, 2005

                                              MICHAEL A. CARDOZO
                                              Corporation Counsel
                                                  of the City of New York
                                              Attorney for Defendant City of New York
                                              100 Church Street
                                              New York, New York 10007
                                              (212) 788-0786

                                      By:    __/S/_____
                                                     Jed M. Weiss (JW 5293)
                                                     Assistant Corporation Counsel
                                                     Special Federal Litigation Division

To:    Scott Korenbaum Esq. (via ECF)
         Attorney for Plaintiff