UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
JOHN MARTINI,

                                Plaintiffs,

   -against-

THE CITY OF NEW YORK, POLICE OFFICER
SERGIO COPPOLA, Shield No. 05096, Tax Registry No.
Unknown, ASSISTANT Chief BRUCE SMOLKA,
Shield No. Unknown, Tax Registry No. Unknown,
and JOHN DOES and/or JANE roes 2-10, Shield Nos.
Unknown, Tax Registry Nos. Unknown,

                                Defendants.
------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

05 CV 9881 (KMK) (JCF)

     **PLEASE TAKE NOTICE**, that Cheryl L. Shammas hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants City of New York, Sergio Coppola, and Bruce Smolka, effective this date. Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated: New York, New York
       April 13, 2006

                                  MICHAEL A. CARDOZO
                                  Corporation Counsel of the City of New York
                                  *Counsel Defendants*

                            By:   **/s/**
                                  Cheryl Shammas (CS 4108)
                                  Special Assistant Corporation Counsel
                                  Special Federal Litigation
                                  100 Church Street, Room 3-197
                                  New York, New York 10007
                                  212-788-1570 (direct)
                                  212-788-9776 (fax)

Cc.: All Parties (by ECF)

Index Number 05 CV 9881 (KMK)(JCF)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| JOHN MARTINI,<br><br>                    Plaintiff,<br><br>              -against-<br><br>CITY OF NEW YORK, POLICE OFFICER SERGIO COPPOLA, Shield No. 05096, Tax Registry No. Unknown, ASSISTANT Chief BRUCE SMOLKA, Shield No. Unknown, Tax Registry No. Unknown, and JOHN DOES and/or JANE ROES 2-10, Shield Nos. Unknown, Tax Registry Nos. Unknown<br><br>                    Defendants. |
| **NOTICE OF APPEARANCE** |
| **MICHAEL A. CARDOZO**<br>  Corporation Counsel of the City of New York<br>*Attorney for Defendants City of New York, Sergio Coppola, and Bruce Smolka*<br>      NYC Law Department<br>      100 Church Street, Rm 3-197<br>      New York, N.Y.  10007<br>      *Of Counsel: Cheryl L. Shammas*<br>      Tel:  (212) 788-1570<br>      Fax: (212) 788-9776<br>      NYCLIS No. 05 SF 026543 |
| *Due and timely service is hereby admitted.*<br>*New York, N.Y. …………………………….,2006*<br>*………………………………………………….Esq.*<br>*Attorney for City of New York* |