THE LAW OFFICES OF
# SCOTT A. KORENBAUM
111 Broadway, Suite 1305
New York, New York 10006
Tel: (212)587-0018    Fax: (212) 346-4665

**MEMO ENDORSED**

April 1, 2008

BY HAND

Hon. Richard J. Sullivan
United States District Court
500 Pearl Street, Room 615
New York, NY 10007-1312



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 4/3/08

Re:   Martini v. City of New York, et al.
      05 Civ. 9881 (RJS) (JCF)

Dear Judge Sullivan:

    I represent plaintiff John Martini. I write to request an additional two weeks, until April 15, 2008, to serve objections, pursuant to Rule 72 of the Federal Rules of Civil Procedure, to the March 19, 2008 Order of Magistrate Judge Francis, which granted defendants' motion to dismiss Mr. Martini's claims of emotional distress (Order enclosed).

    I make this request because I have been involved in settlement negotiations with Cheryl L. Shammas, Esq., the Assistant Corporation Counsel assigned to this RNC matter. Ms. Shammas has previously indicated that she consents to the request.

    Thank you for your attention to this request.

Respectfully submitted,

*Scott A. Korenbaum*

Scott A. Korenbaum

SAK:sak

cc: Cheryl L. Shammas, Esq. (by fax, w/encl.)

SO ORDERED
Dated: 4/2/08

RICHARD J. SULLIVAN
U.S.D.J.