THE LAW OFFICES OF
# SCOTT A. KORENBAUM
111 Broadway, Suite 1305
New York, New York 10006
Tel: (212) 587-0018     Fax: (212) 346-4665

**MEMO ENDORSED**

April 15, 2008

BY HAND

Hon. Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Rm. 615
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/16/08

    Re:    Martini v. City of New York, et al.
            05 Civ. 9881 (RJS) (JCF)

Dear Judge Sullivan:

    I represent Mr. John Martini. I write to request a second and final extension of time to submit objections, pursuant to Rule 72 of the Federal Rules of Civil Procedure, to the March 19, 2008 Order (the "Order") of Magistrate Judge Francis. In the Order, Magistrate Judge Francis dismissed Mr. Martini's claim for emotional distress damages. Because I will be on vacation the week of April 21st, I request until May 6, 2008, to file Mr. Martini's objections.

    I make this request because, as I previously wrote, the parties are engaged in settlement negotiations, which, if concluded, will moot Mr. Martini's need to file objections. Because of my schedule, I have not had the opportunity to request the consent of defendants' counsel, Alexis Leist, Esq. Based on the fact that Ms. Leist and I have discussed settlement and that her predecessor, Cheryl Shammas, Esq., consented to the prior request for an extension of time, I have no reason to believe that she will not consent to the instant request.

    For the foregoing reasons, I request that the instant application for an extension of time be granted, and that Mr. Martini be granted until May 6, 2008, to file his objections to the Order.

                                Respectfully submitted,

                                */s/ Scott A. Korenbaum*   P.H.C.

                                Scott A. Korenbaum

SAK:sak

cc:    Alexis Leist, Esq. (by fax)

SO ORDERED
Dated: 4/16/08

*/s/ Richard J. Sullivan*
RICHARD J. SULLIVAN
U.S.D.J.