UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JOHN MARTINI,

                              Plaintiffs,

      -against-

THE CITY OF NEW YORK, POLICE OFFICER
SERGIO COPPOLA, Shield No. 05096, Tax Registry No.
Unknown, ASSISTANT Chief BRUCE SMOLKA,
Shield No. Unknown, Tax Registry No. Unknown,
and JOHN DOES and/or JANE roes 2-10, Shield Nos.
Unknown, Tax Registry Nos. Unknown,

                              Defendants.
------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

05 CV 9881 (RJS)(JCF)

      **PLEASE TAKE NOTICE**, that Alexis L. Leist hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants City of New York, Sergio Coppola, and Bruce Smolka, effective this date. Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated: New York, New York
       May 21, 2008

                                     MICHAEL A. CARDOZO
                                     Corporation Counsel of the City of New York
                                     *Counsel Defendants*

                              By: _____
                                     Alexis L. Leist (AL 4692)
                                     Special Assistant Corporation Counsel
                                     Special Federal Litigation
                                     100 Church Street, Room 3-153
                                     New York, New York 10007
                                     212-788-0971 (direct)
                                     212-788-9776 (fax)

Cc.: All Parties (by ECF)