USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN MARTINI,

                Plaintiff,

-v-

CITY OF NEW YORK, *et al.*,

                Defendants.

No. 05 Civ. 9881 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED that defendants in the above-entitled action may file under seal an unredacted version of their papers opposing plaintiff's Rule 72 objections by Friday June 6, 2008.

IT IS FURTHER ORDERED that defendants shall electronically file a redacted version of their opposition papers by that same date.

SO ORDERED.

Dated:    New York, New York
            June 4, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE