UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/08

Consolidated RNC Cases

ORDER

RICHARD J. SULLIVAN, District Judge:

By letter dated August 1, 2008, Jeffrey A. Rothman, Esq. — counsel for plaintiffs in the *Coburn, Phillips, Sloan, Galitzer, Xu,* and *Sikelianos* actions — requests leave to submit a letter in reply to the City's submission regarding a recent decision issued by the Second Circuit, *In re Sims,* — F.3d — , 2008 WL 2778869, at *1 (2d Cir. July 18, 2008), and its bearing on plaintiffs' outstanding objections to the dismissal of their emotional distress claims.[1]

IT IS HEREBY ORDERED that Mr. Rothman's request is DENIED. Both plaintiffs and defendants have made submissions concerning this issue, and the Court sees no need for additional briefing.

SO ORDERED.

Dated:    New York, New York
          August 4, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

---

[1] This Order should be docketed in the following actions: *Abdell,* No. 05 Civ. 8453; *Adams,* No. 05 Civ. 9484; *Araneda,* No. 05 Civ. 9738; *Coburn,* No. 05 Civ. 7623; *Eastwood,* No. 05 Civ. 9483; *Galitzer,* No. 05 Civ. 7669; *Kennedy,* No. 07 Civ. 7678; *Sloan,* No. 05 Civ. 7668; *Xu,* No. 05 Civ. 7672; *Philllips,* No. 05 Civ. 7624; *Sikelianos,* No. 05 Civ. 7673; *Tikkun,* No. 05 Civ. 9901; *Ryan,* No. 05 Civ. 1564; *Greenwald,* No. 05 Civ. 1566; *Biddle,* No. 05 Civ. 1570; *Crotty,* No. 05 Civ. 7577; *Stark,* No. 05 Civ. 7579; *Moran,* No. 05 Civ. 1571; *Martini,* No. 05 Civ. 9881.